# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EDWARD GRAZIANO, : No. 5 EM 2016
:
Petitioner :
:
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
NANCY GIROUX, CUSTODIAN (DOC), :
:
Respondents :

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of February, 2016, the Application for Extraordinary Relief Pursuant to King's Bench Authority is **DENIED**.

It is noted that the Court of Common Pleas of Philadelphia County has not yet adjudicated Petitioner's April 2013 petition. The Prothonotary is thus **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Justice Eakin did not participate in the consideration or decision of this matter.